IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-61697-UNGARO

**CODY BECKER**,
individually and on behalf of others
similarly situated,

    Plaintiff,

v.

**BEGGINS ENTERPRISES, INC.,**

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Cody Becker, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Cody Becker, individually, are hereby dismissed with prejudice.

Date: August 16, 2018

                                                    Respectfully submitted,

                                                    **HIRALDO P.A.**

                                                    */s/ Manuel S. Hiraldo*
                                                    Manuel S. Hiraldo
                                                    Florida Bar No. 030380
                                                    401 E. Las Olas Boulevard
                                                    Suite 1400
                                                    Ft. Lauderdale, Florida 33301
                                                    Email: mhiraldo@hiraldolaw.com
                                                    Telephone: 954.400.4713

                                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
HIRALDO P.A.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
Telephone: 954.400.4713