UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61697-UU

CODY BECKER,

    Plaintiff,

v.

BEGGINS ENTERPRISES, INC.,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Stipulation"). D.E. 9. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises. On August 16, 2018, Plaintiff filed the Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing the action with prejudice. D.E. 9. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _17th_ day of August, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf